UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Philip Moodie,<br><br>           Plaintiff,<br>    v.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>           Defendant. | Civil Action No.:  1:13-cv-01016-GLR |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.


Dated: June 13, 2013

                                                     Respectfully submitted,

                                                   By   */s/ Sergei Lemberg*
                                                   Sergei Lemberg, Esq.
                                                   LEMBERG & ASSOCIATES L.L.C.
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424
                                                   ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 13, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                     Sergei Lemberg